CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 446-9322
FAX: (916) 446-0770
E Mail: c.fry@att.net

Attorney for ALICIA CALHOUN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-11-0175-GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ALICIA CALHOUN, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for August 26, 2011, be continued to October 7, 2011, at 9:00 a.m.

This defendant was arraigned on May 5, 2011. A second set of document discovery was received by the defense on August 1, 2011. Additional materials are available for defense review at the office of the United States Attorney and the United States Postal Inspection Service in Stockton. Some settlement negotiations have been had between the parties. Absent an early settlement, substantial investigation must be conducted by the defense. This continuance is sought by defense counsel to provide time for continuing negotiation, review of discovery and investigation. Accordingly, the parties agree that time under the Speedy Trial Act

-1-

1 shall be

2 excluded through October 7, 2011,   to provide reasonable time for defense preparation of the

3 case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

4 Dated: August 25, 2011                    _/s/ Candace A. Fry_____
                                           CANDACE A. FRY, Attorney for
5                                          ALICIA CALHOUN, Defendant

6
   Dated:  August 25, 2011                 BENJAMIN B. WAGNER
7                                          United States Attorney

8                                          By   _/s/ Camil A. Skipper_____
                                                CAMIL A. SKIPPER,
9                                               Assistant United States Attorney

10                                         (Signed for Ms. Skipper with her
                                           prior authorization)

11

12                             **O R D E R**

13

14      UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered

15 that the August 26, 2011, status conference hearing be continued to October 7, 2011, at 9:00

16 a.m.  Based on the representation of defense counsel, the Court hereby finds that the failure to

17 grant a continuance in this case would deny defense counsel reasonable time necessary for

18 effective preparation, taking into account the exercise of due diligence.  The Court further finds

19 that the ends of justice to be served by granting a continuance outweigh the best interests of the

20 public and the defendant in a speedy trial.  Accordingly, it is further ordered that time up to and

21 including the October 7, 2011, status conference shall be excluded from computation of time

22 within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to

23 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to

24 prepare.

25 Dated:  September 5, 2011

26

27 _____
   GARLAND E. BURRELL, JR.
   United States District Judge

28

-2-