```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:    (916) 554-2709
    Facsimile:    (916) 554-2900
 5

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   CASE NO. 2:11-CR-00175-GEB
                                   )
12                Plaintiff,       )   [proposed] ORDER CONTINUING
                                   )   STATUS CONFERENCE AND FINDINGS
13  v.                             )   REGARDING EXCLUDABLE TIME
                                   )   PURSUANT TO SPEEDY TRIAL ACT
14  ALICIA CALHOUN,                )
                                   )   [proposed] STATUS CONFERENCE:
15                Defendant.       )   10-28-11]
                                   )
16
```

17     The Court has read and considered the Stipulation for
18  Continuance of Status Conference Date and to Exclude Time Pursuant to
19  Speedy Trial Act, filed by the parties in this matter on October 5,
20  2011.  The Court hereby finds that the Stipulation, which this Court
21  incorporates by reference into this Order, demonstrates facts that
22  support a continuance of the status conference date, and provides
23  good cause for a finding of excludable time pursuant to the Speedy
24  Trial Act, 18 U.S.C. § 3161.
25     The Court further finds that: (i) the ends of justice served by
26  the continuance outweigh the best interest of the public and
27  defendant in a speedy trial; and (ii) failure to grant the
28

continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation.
THEREFORE, FOR GOOD CAUSE SHOWN:

1. The status conference hearing is continued to October 28, 2011.

2. The time period of October 7, 2011, to October 28, 2011, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) [Local Code T4].

3. Defendant shall appear in this Court on October 28, 2011, at 9:00 A.M.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge